

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00379-CR

Stephen **RICHARDSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR10629
Honorable Ray Olivarri, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 16, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice